Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   08–13350 JS     Chapter:   13**

James William Hewitt
Debtor(s)

### NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case  was entered on 4/21/08.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 4/21/08

Mark D. Sammons, Clerk of Court
by Deputy Clerk, C Kearney 410–962–4353